**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

DONALD MITCHELL                                                                PLAINTIFF

V.                                          CASE NO. 5:25-CV-5250

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                DEFENDANT

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on April 17, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. The Commissioner filed an unopposed motion requesting that the Plaintiff's case be remanded pursuant to sentence four of Section 405(g) in order to conduct further administrative proceedings. The Magistrate Judge recommends granting the motion. Under the circumstances, it is not necessary for the objections period to run.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. The Unopposed Motion to Remand (Doc. 13) is **GRANTED**, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 20th day of April, 2026.

_/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE