## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

DONALD MITCHELL                                                          PLAINTIFF

V.                                  CASE NO. 5:25-CV-5250

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

### ORDER

Currently before the Court is the Report and Recommendation (Doc. 22) of the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas, dated July 23, 2026, regarding the Motion for Attorney's Fees (Doc. 15) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 18) is **GRANTED**, and the Plaintiff is awarded the sum of **$6,902.90**. This amount represents 2.30 attorney hours at $252.00 per hour for work completed in 2025, 24.40 attorney hours at $257.00 per hour for work completed in 2026, and .70 paralegal hours at $75.00 per hour.

**IT IS SO ORDERED** on this 10th day of August, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE